IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION NO. 98 HEALTH & WELFARE FUND, et al.,**<br><br>Plaintiffs,<br><br>*v.*<br><br>**D'NARPO ELECTRIC, LLC. et al.,**<br><br>Defendants. | CIVIL ACTION<br><br>No. 21-1923-KSM |

## ORDER

**AND NOW** this 10th day of March, 2022, upon consideration of Plaintiffs' Motion for Default Judgment (Doc. No. 9), and following a show cause hearing on December 9, 2021, it is **ORDERED** that the motion is **GRANTED** and **JUDGMENT ENTERED** in favor of Plaintiffs and against Defendants as follows:

1. Defendant D'Narpo Electric, LLC for:

    a. $143,561.85 in unpaid contributions due from January 2018 through December 2020, pursuant to the CBA, relevant trust agreements, and 29 U.S.C. § 1132(g)(2)(A);

    b. All interest accrued on the principal delinquency listed above as of the date of this Order pursuant to the CBA and 29 U.S.C. § 1132(g)(2)(B);

    c. $14,356.19 in liquidated damages pursuant to the CBA and 29 U.S.C. § 1132(g)(2)(C); and

    d. $9,012.72 in attorney's fees and costs, pursuant to the CBA and 29 U.S.C. § 1132(g)(2)(D).

2. Defendants Marissa Postiglione, Justin Postiglione, Sandy DeMuro, and Domenic DeMuro, jointly and severally liable with Defendant D'Narpo Electric for:

a. $133,500.24 in unpaid contributions due from January 2018 through December 2020, pursuant to the CBA, relevant trust agreements, and 29 U.S.C. § 1132(g)(2)(A);

b. All interest accrued on the principal delinquency listed above as of the date of this Order pursuant to the CBA and 29 U.S.C. § 1132(g)(2)(B);

c. $13,350.02 in liquidated damages pursuant to the CBA and 29 U.S.C. § 1132(g)(2)(C); and

d. $9,012.72 in attorney's fees and costs pursuant to the CBA and 29 U.S.C. § 1132(g)(2)(D).

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

**KAREN SPENCER MARSTON**